UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NABIL NAGI,

Plaintiff,

vs.

SCHOOL DISTRICT OF THE CITY OF
HAMTRAMCK PUBLIC SCHOOLS, et al,

Defendants.

Case No. 2:23-cv-11194
HON. JONATHAN J.C. GREY
MAG. JUD. DAVID R. GRAND

---

GARY T. MIOTKE (P41813)
Attorney for Plaintiff
6828 Park Avenue
Allen Park, MI 48101
(313)-388-4809
gmiotke@miotkelawoffice.com

ROBERT S. HUTH, JR. (P42531)
RAECHEL M. BADALAMENTI (P64361)
VICTORIA L. PADULA (P85766)
KIRK, HUTH, LANGE &
BADALAMENTI, PLC
Attorneys for Defendant, Ahmed, Only
19500 Hall Road, Suite 100
Clinton Twp., MI 48038
586-412-4900
rbadalamenti@kirkhuthlaw.com
vpadula@kirkhuthlaw.com
rhuth@kirkhuthlaw.com

JOHN J. GILLOOLY (P41948)
KATHLEEN M. JOZWIAK (P79921)
COURTNEY A. KRAUSE (P70581)
GARAN LUCOW MILLER, P.C.
Attorneys for Defendants,
Hadwan, Aiyash, and Hall, Only
1155 Brewery Park Blvd., Suite 200
Detroit, MI 48207-2641
(313)-446-5501
jgillooly@garanlucow.com
kjozwiak@garanlucow.com
ckrause@garanlucow.com

GOURI G. SASHITAL (P64628)
ANNA SOFIA KOZAK (P84465)
KELLER THOMA P.C.
Attorneys for Defendant, HPS, Only
26555 Evergreen, Suite 550
Southfield, MI 48076
(313)-965-7610
gsr@kellerthoma.com
ask@kellerthoma.com

---

## **STIPULATION AND ORDER STEMMING FROM STATUS CONFERENCE**

1

The Court having conducted a Status Conference on June 24, 2024 wherein various matters were discussed and agreed upon; this Order stemming from such discussions and agreements as well as from the Court's direction to the parties to submit such an Order; this Order now coming before the Court based on the Stipulation of the parties; and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the Plaintiff is granted leave to file his Second Amended Complaint and Demand for Jury Trial.

IT IS FURTHER HEREBY ORDERED that the Plaintiff is also granted leave to add MOORTADHA OBAID and ABDULMALICK ALGAHAIM as Defendants in this case by including them in his Second Amended Complaint and Demand for Jury Trial.

IT IS FURTHER HEREBY ORDERED that the Clerk of the Court shall issue Summonses for MOORTADHA OBAID and ABDULMALICK ALGAHAIM as Defendants in this case after the Plaintiff files his Second Amended Complaint and Demand for Jury Trial.

IT IS FURTHER HEREBY ORDERED that the Plaintiff shall file his Second Amended Complaint and Demand for Jury Trial within seven days of the entry of this Order.

IT IS FURTHER HEREBY ORDERED that upon entry of this Order there shall be a stay in this case for 90 days to allow the parties to pursue alternative dispute resolution as provided in this Order.

IT IS FURTHER HEREBY ORDERED that during this 90-day stay the parties shall be allowed to do and shall do the following:

(A) The Plaintiff shall file and serve his Second Amended Complaint and Demand for Jury Trial on the existing parties and the new parties noted above.

(B) The Defendants shall file any responsive pleadings to the Second Amended Complaint and Demand for Jury Trial.

(C) The parties shall engage in alternative dispute resolution as provided in this Order.

(D) Upon completion of the alternative dispute resolution as provided in this Order, the parties shall report to the Court about the results of the alternative dispute resolution.

IT IS FURTHER HEREBY ORDERED that the alternative dispute resolution as provided in this Order shall be a Settlement Conference before Magistrate Judge Altman and the Court refers this case to Magistrate Judge Altman to conduct said Settlement Conference on or after August 12, 2024.

IT IS FURTHER HEREBY ORDERED that the Court shall enter a new Scheduling Order extending the schedule of dates set forth in the existing

Scheduling Order, ECF Number 14, if this case is not settled by the parties after they engage in the alternative dispute resolution provided for in this Order.

IT IS FURTHER HEREBY ORDERED that this Order does not resolve the issues between the Plaintiff and the existing Individual Defendants related to their objections and responses to (a) Plaintiff's First Interrogatories to All Defendants and (b) Plaintiff's First Request to Produce to All Defendants.  If this case is not resolved by the parties after they engage in the alternative dispute resolution provided for in this Order, then the Plaintiff may pursue any remedies that may otherwise be available to him related to these objections and responses.  However, based on the provisions in this Order, Plaintiff has agreed to waive sanctions as a possible remedy against the existing Individual Defendants related to their objections and responses to (a) Plaintiff's First Interrogatories to All Defendants and (b) Plaintiff's First Request to Produce to All Defendants.

Dated: July 8, 2024

s/ Jonathan J.C. Grey
Hon. Jonathan J.C. Grey
United States District Court Judge

**Stipulated To By:**

s/GARY T. MIOTKE
GARY T. MIOTKE (P41813)
Attorney for Plaintiff

s/with consent of KATHLEEN M. JOZWIAK
JOHN J. GILLOOLY (P41948)
KATHLEEN M. JOZWIAK (P79921)
COURTNEY A. KRAUSE (P70581)
GARAN LUCOW MILLER, P.C.
Attorneys for Defendants, Hadwan, Aiyash, and

4

Hall, Only

s/with consent of G. SASHITAL          s/with consent of R. BADALAMENTI
GOURI G. SASHITAL (P64628)             ROBERT S. HUTH, JR. (P42531)
ANNA SOFIA KOZAK (P84465)              RAECHEL M. BADALAMENTI (P64361)
KELLER THOMA P.C.                      VICTORIA L. PADULA (P85766)
Attorneys for Defendant, HPS, Only     KIRK, HUTH, LANGE &
                                       BADALAMENTI, PLC
                                       Attorneys for Defendant, Ahmed, Only